AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

Received
U.S. Marshals Service
Roanoke, VA
2:16 pm, Oct 28 2020

United States of America
v.
WASIL RAFAT FAROOQUI

)
)
)  Case No. 7:20CR00069
)
)
)

*Defendant*

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Wasil Rafat Farooqui                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18:1001(a)(2) - False Statements

Date: 10/28/2020

*signed: B.Dav*, Courtroom Deputy
*Issuing officer's signature*

City and state: Charlottesville, Virginia

Joel C. Hoppe, US Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 10/28/2020, and the person was arrested on *(date)* 10/28/2020
at *(city and state)* Roanoke, VA - in custody based on information

Date: 04/01/2021

CHRISTINE DINNERVILLE
Digitally signed by CHRISTINE DINNERVILLE
Date: 2021.04.01 11:26:59 -04'00'
*Arresting officer's signature*

Chrissy Dinnerville, Investigative Analyst for FBI
*Printed name and title*