# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 7:20-CR-0069 |
| : | |
| **WASIL RAFAT FAROOQUI** : | |

## MOTION TO DISMISS

Comes now the United States of America, by counsel, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, respectfully moves the court to dismiss the Superseding Indictment in the above-styled case without prejudice based upon the defendant's guilty plea and sentence in Case No. 7:21-CR-0036.

Respectfully submitted,

CHRISTOPHER R. KAVANAUGH
United States Attorney

/s/ Zachary T. Lee

Zachary T. Lee
VA Bar No. 47087
Assistant United States Attorney
U.S. Attorney's Office
180 West Main Street
Abingdon, Virginia 24210
276-628-4161
276-628-7399 (fax)
USAVAW.ECFAbingdon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for the defendant.

/s/ Zachary T. Lee
Assistant United States Attorney